IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. _____-CV-_____
(case removed from the County Court of the Fifteenth Judicial Circuit
in and for Palm Beach County, Florida,
Uniform Case No. 50-2019-SC-020975-XXXX- MB)

CAROLYN GOODMAN, an individual

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____

**DEFENDANT PHH MORTGAGE CORPORATION'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 & 1446, Defendant PHH Mortgage Corporation ("PHH") as successor by merger to named defendant Ocwen Loan Servicing, LLC ("Ocwen")[1] gives notice of its removal of this action from the County Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, where it is now pending, to the United States District Court for the Southern District of Florida, West Palm Beach Division.  Defendant states the following as grounds for this removal:

    1.    Defendant is the only defendant in a civil action filed December 12, 2019, in the County Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Uniform Case No. 50-2019-SC-020975-XXXX- MB, styled *Carolyn Goodman v. Ocwen Loan Servicing,*

---

[1] Ocwen Loan Servicing, LLC no longer exists as a standalone entity, having been merged into another wholly owned subsidiary of Ocwen Financial Corporation in or around June 2019.  Its successor-in-interest for purposes of this action is PHH Mortgage Corporation, which assumed certain obligations from Ocwen.  Any references to Ocwen herein include PHH.

1

*LLC*.  Copies of all documents contained in the clerk's records from the state court action, are attached as Exhibit A.

2.   This removal is timely because Defendant has not been served with process (*see* Ex. A, State Court Docket (showing no return of service)), and therefore Defendant's 30-day time limit within which to remove under 28 U.S.C. § 1446(b) has not begun to run.  *See Whitehurst v. Wal-mart, Store No: #1083*, 306 Fed. Appx. 446, 448 (11th Cir. 2008) (holding case may be removed before service); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999).

3.   This action could have been brought originally in this Court under 28 U.S.C. § 1331 because it arises under federal law.  The face of Plaintiff's complaint presents a claim under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq*.  *See* Ex. A, Compl. ¶¶ 30–35 (Count 1).

4.   Because the complaint falls within this Court's original federal question jurisdiction, this action has been properly removed under 28 U.S.C. § 1441(a)–(b).

5.   The United States District Court for the Southern District of Florida, West Palm Beach Division, is the appropriate court for filing a notice of removal from the County Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, because this District and Division embrace the County Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida—the forum in which the removed action was pending.  See 28 U.S.C. §§ 89(c) & 1441(a).

6.   Pursuant to 28 U.S.C. § 1446(d), Defendant will file a copy of this notice of removal with the Clerk of the County Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, and will serve it on Plaintiff.

Defendant prays this Court will make any and all orders necessary to effect the removal of this action from the County Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, and will prepare the true record of all proceedings that may have been had in the state court.

Dated: April 1, 2020

                                      Respectfully submitted,

                                      s/ *Timothy A. Andreu*
                                      Timothy A. Andreu (Fla. Bar No. 4473778)
                                      Tandreu@bradley.com
                                      **Bradley Arant Boult Cummings LLP**
                                      100 North Tampa Street, Suite 2200
                                      Tampa, FL 33602
                                      P: (813) 559-5500
                                      F: (813) 229-5946

                                      *Attorney for PHH Mortgage Corporation as successor by merger to named defendant Ocwen Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 1, 2020, I electronically filed the foregoing with CM/ECF, which will send notification to all counsel of record. I have also served a true and correct copy of the foregoing on the following counsel via email:

  Young Kim, Esquire
  CONSUMER LAW ATTORNEYS
  2727 Ulmerton Road, Suite 270
  Clearwater, FL  33762
  Phone: (877) 241-2200
  Fax: 727-623-4611
  service@consumerlawattorneys.com
  ykim@consumerlawattorneys.com
  *Attorneys for Plaintiff*

            *s/Timothy A. Andreu*
            *Attorney for PHH Mortgage Corporation as successor by merger to named defendant Ocwen Loan Servicing, LLC*